JOHN B. TAYLOR *vs.* TRUSTEES OF THE POOR OF NEW CASTLE COUNTY.

*Witnesses' Fees.*

The officers of a public corporation, defendant in an action, attended as witnesses in behalf of the corporation, but had no private interest therein. *Held*, that they would be entitled to witnesses' fees.

(*March 4, 1898.*)

LORE, C. J., and PENNEWILL and BOYCE, J. J., sitting.
*Howell S. England* for plaintiff.
*E. R. Cochran, Jr.*, for defendants.

Superior Court, New Castle County, February Term, 1898.

ACTION OF ASSUMPSIT.   Non suit having been entered in the above entitled cause at the November term, 1897, Mr. Cochran for the defendants, on March 4, asked that the plaintiff be required to pay the costs in the former suit before bringing a new action against the same defendants.

Mr. England, for the plaintiff, objected to paying witnesses' fees to the Trustees who were present at said trial and especially to the President of the corporation, on the ground that they were defendants in the suit.

LORE, C. J :—The Trustees of the Poor are not private parties ; they are public officers, and we do not see why they should be precluded from payment for their attendance upon this Court.   Under the general law, they can only get one dollar per day for their attendance at the Almshouse, and they come here at their own expense in the performance of a public duty, and we do not think that the rule applying to private parties applies to them.

The President of the corporation is a public officer also. This is not a private corporation but a public corporation, where they are performing a public duty, and whether the person is the President or the Secretary, or whether he is only one of the Trustees, it matters not.   They cannot reimburse themselves in any way.

They have no private interest in this action.

In regard to costs, the order is to stay any further proceedings under this suit, being the same cause of action and between the same parties, until the costs are paid in the former suit.